IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION



| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CR 19-03-BU-KLD |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| MAX RICHARD ARTHUR, | ) | |
| | ) | |
| Defendant. | ) | |

The United States moves to seal Documents 1-1 and 1-3 and replace them with a redacted affidavit to comply with Fed. R. Civ. P. 5.2 or Fed. R. Crim. P. 49.1.

For good cause shown, the United States' motion is GRANTED. Documents 1-1 and 1-3 shall be sealed and replaced by the affidavit attached to the United States' motion.

DATED this 25th day of September, 2019.

Kathleen L. DeSoto
United States Magistrate Judge

1